MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**THOMAS NICHOLAS SPEZIALE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS NICHOLAS SPEZIALE,<br><br>Defendant. | Citation No.: 6:17-mj-00089-mjs<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; AND ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: November 7, 2017<br>Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, U.S. Park Service Legal Officer, and Defendant THOMAS NICHOLAS SPEZIALE by and through her attorney of record, Michael Mitchell, that the arraignment in the above-captioned matters set for November 7, 2017 at 9:00 a.m., be vacated, and the matter be set for arraignment on January 23, 2018 at 10 a.m. This request is made due to the fact that Mr. Mitchell has conflicting criminal matters scheduled in Madera Superior Court, Sierra Division, on November 7, 2017.

DATED: October 30, 2017          /S/ Michael E. Mitchell
                                 Michael E. Mitchell Attorney for Defendant
                                 Katherine E. Valverde

DATED: October 30, 2017          /s/ Susan St. Vincent_____
                                 Susan St. Vincent, Acting Legal Officer
                                 National Park Service

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the November 7, 2017, Initial Appearance for Thomas Speziale, Case 6:17-mj-00089-MJS, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 31, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE