MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**THOMAS NICHOLAS SPEZIALE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS NICHOLAS SPEZIALE,<br><br>Defendant. | Citation No.: 6:17-mj-00089-mjs<br><br>STIPULATION TO APPEAR VIA RULE 43 WAIVER; AND [PROPOSED] ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: March 20, 2018<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, THOMAS NICHOLAS SPEZIALE by and through her attorney of record, Michael Mitchell, that Mr. Speziale may appear pursuant to F.R. Crim. P. 43(b)(2) for status conferences and motions through counsel.  Mr. Speziale may appear via video conference for arraignment from the district court closest to his home in Watsonville, California and must be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

DATED: October 30, 2017      /S/ Michael E. Mitchell
                             Michael E. Mitchell Attorney for Defendant
                             Katherine E. Valverde

DATED: October 30, 2017      /s/ Susan St. Vincent_____
                             Susan St. Vincent, Acting Legal Officer
                             National Park Service

Stipulation to Appear via Rule 43 Waiver - 1
Order Thereon

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, Thomas Speziale (Mr. Speziale) in case number 6:17mj00089 MJS, may appear via video conference at a United States District Court near his home in Watsonville, California for arraignment and his personal presence is waived for all status conferences and motions. Mr. Speziale is ordered to be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

IT IS SO ORDERED.

Dated: February 1, 2018        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE