MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**THOMAS NICHOLAS SPEZIALE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Citation No.: 6:17-mj-00089-mjs |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE PLEA AND |
| vs. | ) SENTENCING; AND ORDER THEREON |
| | ) |
| | ) Division: Eastern District, Fresno |
| | ) Magistrate: Hon. Jeremy D. Peterson |
| THOMAS NICHOLAS SPEZIALE, | ) Date: November 6, 2018 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, U.S. Park Service

Legal Officer, and Defendant THOMAS NICHOLAS SPEZIALE by and through her attorney of

record, Michael Mitchell, that the plea and sentencing set for November 6, 2018 at 10:00 a.m., be

vacated, and the matter be set for plea and sentencing on December 11, 2018. This request is

made do to the following reason: Mr. Mitchell has a conflicting juvenile delinquency hearing

scheduled in Fresno Superior Court, Juvenile Division, for November 6, 2018 at 8:00 a.m. The

juvenile matter involves co-participants and all minors are in custody.


DATED: October 31, 2018          /S/ Michael E. Mitchell
                                 Michael E. Mitchell Attorney for Defendant
                                 Thomas Speziale


DATED: October 31, 2018          /s/ Susan St. Vincent_____
                                 Susan St. Vincent, Acting Legal Officer
                                 National Park Service

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the plea and sentencing for defendant THOMAS NICHOLAS SPEZIALE now set for November 6, 2018 at 10:00 a.m. and continue the plea and sentencing to December 11, 2018 at 10:00 a.m., be granted.

IT IS SO ORDERED.

Dated:   November 1, 2018

UNITED STATES MAGISTRATE JUDGE