MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434
Attorney for Defendant
**THOMAS N. SPEZIALE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:17-mj-00089-mjs |
| Plaintiff, ) | STIPULATION TO EXTEND PROBATION TERM AND CONTINUE PROBATION REVIEW HEARING; AND ORDER THEREON |
| vs. ) | |
| ) | Division: Eastern District, Fresno |
| THOMAS N. SPEZIALE, ) | Magistrate: Hon. Jeremy D. Peterson |
| Defendant. ) | Date: November 19, 2019 |
| ) | Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, U.S. Park Service Representative, and Defendant THOMAS N. SPEZIALE (Mr. SPEZIALE) by and through his attorney of record, Michael Mitchell, that the Probation Review hearing in the above-captioned matter set for November 19, 2019 at 10:00 a.m., be continued and set for May 12, 2020 at 10:00 a.m. and Mr. SPEZIALE'S probation period be extended to June 11, 2020. This request is made due to the fact that Mr. SPEZIALE has an outstanding fine balance that is required to be paid prior to completion of the probation period.

DATED: November 15, 2019          /S/ Michael E. Mitchell
                                  Michael E. Mitchell Attorney for Defendant
                                  THOMAS N. SPEZIALE

DATED: November 15, 2019          /s/ Susan St. Vincent
                                  Susan St. Vincent,
                                  U.S. Park Service Representative

## ORDER

For the reasons stated above, the probation review hearing for defendant Thomas N. Speziale, currently set for November 19, 2019 at 10:00 a.m., is continued to May 12, 2020 at 10:00 a.m. I hereby order that defendant's probation is extended to June 11, 2020.

IT IS SO ORDERED.

Dated: __November 18, 2019__  _____
UNITED STATES MAGISTRATE JUDGE