HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
THOMAS SPEZIALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Thomas Speziale,<br><br>　　　　　　　Defendant. | Case No.  6:17-mj-00089-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:　August 11, 2020<br>Time:　10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

　　　　The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Thomas Speziale, hereby stipulate and jointly move this Court to continue Mr. Speziale's hearing scheduled for August 11, 2020 until September 2, 2020.

　　　　On June 3, 2020, Mr. Speziale's prior counsel was relieved and the Federal Defender was appointed.  The parties are actively seeking a settlement, but have not reached an agreement yet. The undersigned defense counsel request a further continuance for the purposes of reaching a settlement agreement. The Government does not object.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated:  August 10, 2020 | /s/ Sean Anderson<br>Sean Anderson<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| Dated:  August 10, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | /s/  Benjamin A. Gerson<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>Thomas Speziale |

**O R D E R**

The above stipulation to continue case 6:17-mj-00089 JDP until September 2, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 11, 2020

UNITED STATES MAGISTRATE JUDGE