IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

THOMAS NICHOLAS SPEZIALE

      Defendant.

Case No. 6:17-MJ-00089-JDP

**ORDER**

The Judgment in a Criminal Case entered against defendant Thomas Nicholas Speziale ordered him to pay a fine of $2,490.00 and a special assessment of $10.00, for a total of $2,500.00 in criminal monetary penalties.  ECF 19.  After a review hearing on October 20, 2020, the Court issued a minute order stating: "The court AMENDS fine to the amount paid to date, $1,750.00, and TERMINATES probation effective 10/20/2020."  ECF 33.  The Clerk of Court has requested that the Court enter a signed order confirming the amended criminal monetary penalties amount.

Based on the foregoing and good cause appearing therefor,

**IT IS HEREBY ORDERED** that, as set forth in the minute order, effective October 20, 2020, the total amount of criminal monetary penalties owed by defendant Thomas Nicholas Speziale under the Judgment is reduced from $2,500.00 to $1,750.00.

Dated:  January 24, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE